UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No.: 7:20-CV-186-D

| | |
|---|---|
| JEQWILL T. WASHINGTON )<br>)<br>Plaintiff, )<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social )<br>Security, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

For good cause having been shown, upon the Motion of the Plaintiff to Dismiss this claim it is hereby

ORDERED that this claim be dismissed, without prejudice.

This is the 12 day of August, 2021

                                                              JAMES C. DEVER III
                                                              United States District Judge