UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JEQWILL T. WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting Commisioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:20-CV-186-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this claim be dismissed, without prejudice.

**This Judgment Filed and Entered on August 12, 2021, and Copies To:**
Jonathan P. Miller    (via CM/ECF electronic notification)
Mark J. Goldenberg    (via CM/ECF electronic notification)

DATE:
August 12, 2021

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
Deputy Clerk